439

No. 66726.—A. Zerkowitz & Co., Inc. *v.* United States, protests 61/4787 and 61/4789 (San Francisco).

Opinion by OLIVER, C. J.   Following Abstract 54925, the protests were dismissed.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in Abstract 66724.

No. 66727.—Ace Import Co., Inc. *v.* United States, protest 60/15041 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of dish mops similar in all material respects to those the subject of Abstract 64603, the claim of the plaintiff was sustained.